950

No. 71–5226. DOCKERY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5247. CUNNINGHAM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–89. EVANS THEATRE CORP. ET AL. *v.* SLATON ET AL. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 71–194. PAN AMERICAN WORLD AIRWAYS, INC. *v.* DIAZ. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–230. NEWARK TEACHERS UNION ET AL. *v.* BOARD OF EDUCATION OF NEWARK. Super. Ct. N. J. Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted. Motion to dispense with printing petitioners' reply brief granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–285. ANDERSON ET AL. *v.* UNITED STATES. Ct. Cl. Motion to dispense with printing petition granted. Certiorari denied.